B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**SOUTHERN DISTRICT OF TEXAS**<br>**CORPUS CHRISTI DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Esco Marine, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **74-2799710** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

Street Address of Debtor (No. and Street, City, and State):
**16200 Joe Garza Sr., Rd.**
**Brownsville, TX**

ZIP CODE **78521**

Street Address of Joint Debtor (No. and Street, City, and State):

ZIP CODE

County of Residence or of the Principal Place of Business:
**Cameron**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
**16200 Joe Garza Sr., Rd.**
**Brownsville, TX**

ZIP CODE **78521**

Mailing Address of Joint Debtor (if different from street address):

ZIP CODE

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

---

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

---

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [ ] 1-49 | [ ] 50-99 | [x] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1) (04/13)** Page 2

| **Voluntary Petition** | Name of Debtor(s): **Esco Marine, Inc.** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | |
| | **X**_____ |
| | Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): | **Esco Marine, Inc.** |
| *(This page must be completed and filed in every case)* | | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  **/s/ R. Glen Ayers, Jr.**_____

   **R. Glen Ayers, Jr.**          Bar No.**01467500**

**Langley & Banack, Inc.**
**745 E Mulberry Ave, Suite 900**
**San Antonio, Texas 78212**

Phone No.**(210) 736-6600**      Fax (**210) 735-6889**

**3/7/2015**_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Esco Marine, Inc.**

X  **/s/ Andrew Levy**_____
Signature of Authorized Individual

 **Andrew Levy**_____
Printed Name of Authorized Individual

**President/CEO**_____
Title of Authorized Individual

**3/7/2015**_____
Date

Address
_____
X_____

_____
Date
Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

In re   **Esco Marine, Inc.**

Case No.

Chapter   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2.  The following financial data is the latest available information and refers to the debtor's condition on __**1/31/2015**_____.

   a. Total Assets                                      **$28,755,000.00**

   b. Total debts (including debts listed in 2.c., below)     **$35,472,000.00**

   c. Debt securities held by more than 500 holders:

Approximate<br>number of<br>holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | _____ | _____ |

   d. Number of shares of preferred stock            **0**            **0**

   e. Number of shares of common stock            **600**         **11**

      Comments, if any:

3.  Brief description of debtor's business:

**ESCO is the world's largest ship dismantling and recycling company. ESCO has contracts with the US Navy & the US Maritime Administration to recycle their vessels at its shipyard in Brownsville, TX.**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**EMJ Holdings, LLC; Richard Jaross; Andrew Levy; Keith Rhodes; and Estate of C.R. White**

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **Esco Marine, Inc.**

Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CC  Distributors, Inc.<br>210 Mcbride Lane<br>Corpus Christi, TX 78408 | | Services | | **$377,839.40** |
| American Longshore Mutual<br>Ass. LTD.<br>P.O. BOX 934368<br>Atlanta, GA 31193 | | Services | | **$177,305.14** |
| Frenkel & Co., Inc.<br>350 Hudson Street<br>New York, NY 10014 | | Services | | **$161,388.69** |
| McAllister Towing and<br>Transportation Co.<br>17 Battery Place<br>New York, NY 10004 | | Services | | **$84,950.00** |
| Vulcan Materials<br>10905 Ostos Rd<br>Brownsville, TX 78521 | | Services | | **$81,528.55** |
| Texas Department of<br>State Health Service<br>1100 W 49th Street<br>Austin, TX 78756 | | Services | | **$79,043.61** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **Esco Marine, Inc.**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3)<br><br>Nature of claim (trade debt, bank loan, | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| South Coast Maritime Corp<br>FM 802<br>Suite F<br>Brownsville, TX 78526 | | Services | | **$77,661.40** |
| Keppel Amfels.<br>20000 State Hwy 48<br>Brownsville, TX 78523 | | Services | | **$70,032.78** |
| Time Insurance Agency, Inc.<br>1405 East Riverside Dr<br>Austin, TX 78741 | | Services | | **$68,750.00** |
| Flat Iron Capital<br>950 17th St. Suite 1300<br>Denver, CO 80202 | | Services | | **$61,374.03** |
| Westar Marine Services.<br>P.O. Box 78100<br>San Francisco, CA 94107 | | Services | | **$59,776.20** |
| Greensfelder, Hemker &<br>Gale, PC<br>10 South Broadway<br>Suite 2000<br>St. Louis, MO 63102 | | Services | | **$59,499.45** |
| Burton McCumber & Cortez,<br>L.L.P.<br>1950 Paredes Line Road<br>Brownsville, TX 78523 | | Services | | **$54,271.47** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **Esco Marine, Inc.**

Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3)<br><br>Nature of claim (trade debt, bank loan, | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Anchor Marine & Industrial Supply, Inc<br>P.O. Box 58645<br>Houston, TX 77258 | | Services | | **$53,336.10** |
| S&G Contractors<br>5601 N Expressway<br>Brownsville, TX 78520 | | Services | | **$45,111.04** |
| Air Liquide America Corporation<br>P.O. Box 301046<br>Dallas, TX 75303 | | Services | | **$44,615.72** |
| Oil Patch Fuel & Supply, Inc<br>P.O. Box 1089<br>Combes, TX 78535 | | Services | | **$43,169.24** |
| Valley IT Solutions<br>P.O. Box 3510<br>Brownsville, TX 78523 | | Services | | **$37,260.00** |
| Kennedy Wire & Rope<br>PO Box 4016<br>Corpus Christi, TX 78469 | | Services | | **$36,700.00** |
| Sullivan Land Services<br>P.O. Box 131486<br>Houston, TX 77219 | | Services | | **$34,100.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

IN RE:   **Esco Marine, Inc.**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President/CEO** _____ of the _____ **Corporation** _____

named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the

best of my information and belief.

Date:   **3/7/2015** _____     Signature: ___**/s/ Andrew Levy**_____

*Andrew Levy*
**President/CEO**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:    **Esco Marine, Inc.**

CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/7/2015 _____

Signature   **/s/ Andrew Levy** _____
    ***Andrew Levy***
    ***President/CEO***

Date _____

Signature _____

A & B Environmental Services Inc
10100 East Freeway
Suite 100
Houston, TX 77029

AAA Urgent Care Centers
1100 N Expressway 77
Suite 3
Brownsville, TX 78521

AAMECC, LLC
1327 E. Washington Ave.
# 242
Harlingen, TX 78550

ABS Americas
16855 Northchase Drive
Houston, TX 77060

AD Transport Services
7620 Victoria Ct Ste 4
Brownsville, TX 78521

Advance Auto Parts
P.O. Box 742063
Atlanta, GA 30374

Air Liquide America Corporation
P.O. Box 301046
Dallas, TX 75303

Airgas Northern California & Nevada
P.O. Box 7425
Pasadena, CA 91109

Airgas On-Site Safety Services
3915 E. LA Salle St
Phoenix, AZ 85040

Airgas USA,LLC
P.O. Box 676015
Dallas, TX 75267


Airgas-Southwest, Inc.
4895 Mlk JR PKWY
Beaumont, TX 77705


Alamo Concrete Products Ltd.
P.O. Box 531808
Harlingen, TX 78553


Alamo Iron Works
P.O. Box 231
San Antonio, TX 78291


Alan Padilla
804 Ringold St
Brownsville, TX 78520


All Valley Drug Screens
P.O. Box 1822
Los Fresnos, TX 78566


Allied Waste Services #862
P.O. Box 78829
Phoenix, AZ 85062


Amador Gutierrez


Ambit Energy
P.O. Box 660462
Dallas, TX 78566

American Commercial
Barge Line LLC
1701 E Market Street
Jefersonville, IN 47130

American Longshore Mutual Ass. LTD.
P.O. BOX 934368
Atlanta, GA 31193


Anchor Marine &
Industrial Supply, Inc
P.O. Box 58645
Houston, TX 77258

AOC
3557 E 14th St
Brownsville, TX 78520


Arabie Trucking Services, LLC
163 Lincoln Lane
Thibodaux, LA 70301


Argus Security Systems, LLC
314 Ash Avenue
McAllen, TX 78501


Armstrong Forensic Laboratory, Inc.
330 Lock'n Green Trail
Arlington, TX 76012


Armstrong Transport Group, Inc.
P.O. Box 411
Concord, NC 28026


Associated Marine Service Inc
PO Box 307
Groves, TX 77619

AV's Express
P.O. Box 533595
Harlingen, TX 78550


Bawco Industries, Inc.
P.O. Box 2365
Pearland, TX 77588


Berco of America, Inc.
1001 Synergy Blvd
Kilgore, TX 75662


Bioremediation, Inc
P.O. BOX 664
Knox, IN 46534


Bird's Eye View, Inc.
211 Airport Access Rd
Middletown, RI 2842


Blue Cross Blue Shield of Texas
PO Box 1186
Chicago, IL 60690


Bracewell & Giuliani LLP
P.O. Box 848566
Dallas, TX 75284


Brazos-Santiago Pilots Assn.
PO Box 414
Dallas, TX 75284


Brokk Inc DE
1144 Village Way
Port Isabel, TX 78578

Brownsville & Rio Grande Int'l
PO Box 3818
Brownsville, TX 78523


Brownsville Navigation Distric
1000 Foust Rd.
Brownsville, TX 78521


Burton McCumber & Cortez, L.L.P.
1950 Paredes Line Road
Brownsville, TX 78523


Burton Service Parts Warehouse
525 E. Highway
PO Box 297
Weslaco, TX 78596

Bush Supply
1101 W. Jackson St
Harlingen, TX 78550


Cal Cam Recycling
1225 N First Avenue
Lake Charles, LA 70601


Callidus Capital Corporation
Royal Trust Tower, Suite 4320
77 King Street West
Toronto, Ontario M5K 1K2

Carkenord & Sons Contractors,Inc.
700 E. Thomas DR
Pharr, TX 78577


CC  Distributors, Inc.
210 Mcbride Lane
Corpus Christi, TX 78408

Central Bolt & Industrial Supplies Inc.
2935 International Blvd
Brownsville, TX 78521


Charles M. Durivage, P.E
5151 FM 507
Lyford, TX 78569


City of Brownsville Finance Department
P.O. Box 911
Brownsville, TX 78520


Colvin, Chaney, Saenz & Rodriguez,L.L.P
1204 East Van Buren
PO Box 2155
Brownsville, TX 78520

Conestoga - Rovers & Associates, Inc.
406 P.O. Box 8000
Buffalo, NY 14267


ConferenceCall.com
P.O Box 409573
Atlanta, GA 30384


Culligan Water of RGV
1300 W  BUS. HWY 77
San Benito, TX 78586


Dahill
P.O. Box 314
San Antonio, TX 78292


Deep South Marine, Inc.
2225 Foxglove Street
League City, TX 77573

DirectTV
P.O.Box 60036
Los Angeles, CA 90060


DuCharme, McMillen & Associates, Inc.
P.O. Box 1627
Indianapolis, IN 46206


E.M. Polker, Co.
8426 Gibbons
Houston, TX 77012


EBI Liftboats, LLC
201 Dean Court
Houma, LA 70363


Eddie's Welding Equipment Inc
10710 Craighead Dr
Houston, TX 77025


EJ Wipers International
2700 R.L. Ostos Rd.
Compt #5
Brownsville, TX 78520

Electric Fixture
810 E 11th St
Brownsville, TX 78520


Elizondo Crane Service
PO Box 5748
Brownsville, TX 78523


F & M Mafco, Inc.
P.O. BOX 932306
Cleveland, OH 44193

Fastenal Company
PO Box 978
Winona, MN 55987


Fastserv Supply, Inc.
P.O. Box 941649
Plano, TX 75094


Fedex
P.O. Box 94515
Palatine, IL 60094


FedEx Freight
4103 Collection Center Dr.
Chicago, IL 60094


Fel Glo., Inc
2250 Angler's Place Rd
Brownsville, TX 78521


Ferrellgas
P.O. Box 173940
Denver, CO 80217


Flat Iron Capital
950 17th St. Suite 1300
Denver, CO 80202


Fleetpride.
P.O. Box  847118
Dallas, TX 75284


Fort Bend County Toll Road Authority
P.O. Box 9970
Trenton, NJ 8650

Fortune
P. O. Box 60001
Tampa, FL 33660


Frenkel & Co., Inc.
350 Hudson Street
New York, NY 10014


Gac Shipping (USA) Inc.
One International Plaza
Suite 250
Philadelphia, PA 19113

Garoso Electric & Hardware Corp.
3220 FM 802
Brownsville, TX 78526


GCR Tire  Centers
2411 E. Sugar Cane Dr
Weslaco, TX 78596


GE Transportation Finance
P.O. Box  822108
Philadelphia, PA 19182


Global Environmental & Marine Svc, Inc.
18489 Country Place Dr.
Conroe, TX 77302


Goode Electric Company
300 E Stenger
San Benito, TX 78586


Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102

Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219

Holt Cat
P.O. Box 1604
Austin, TX 78767


Home Depot
P.O. Box 6029
The Lakes, NV 88901


IDVILLE
5376 52ND ST
Grand Rapids, MI 49512


IMC- Industrial Medical Clinic - West
P.O. Box 11984
Birmingham, AL 35202


Infiniti Financial Services
P.O. Box 650679
Dallas, TX 75265


IOC Trucking, LLC.
9312 E. Curve Rd
Edinburg, TX 78542


Island Health Center PA
4623 Ft Crockett Blvd
Galveston, TX 77551


J.J. Keller
P.O. Box 548
Neenah, WI 54957

Johnson Ropa Usada, L.L.C.
904 Billy Mitchell Blvd
Brownsville, TX 78521


Kennedy Wire & Rope
PO Box 4016
Corpus Christi, TX 78469


Keppel Amfels.
20000 State Hwy 48
Brownsville, TX 78523


LaBounty Mfg.
5505 N. Cumberland Ave., Ste 307
Lock Box 14071
Chicago, IL 60656

Lane Equipment Company
410 Frontage Road
Donna, TX 78537


Law Office of Robert Garza, PC
1200 E. Harrison St.
Brownsville, TX 78520


Lessor Transportation
1056 gemini road
Eagan, MN 55121


Louisiana Cat
P.O. Box 54942
New Orleans, LA 70154


M.H Barrie & Associates
PO Box 1164
Mobile, AL 36633

Manager Plus Solutions
9350 South 150 East
Suite 650
Sandy, UT 84070

Marine Chemists of Galveston, LLC
P.O. Box 16674
Galveston, TX 77552


Maritime Chemists' Services
4114 Harry St
Suite 210
Corpus Christi, TX 78411

Maritime Consultants Inc
P.O. Box 4402
Corpus Christi, TX 78469


Marlin Leasing Corp
PO Box 13604
Philadelphia, PA 19101


Martin Energy Services, LLC
Three Riverway
Suite 400
Houston, TX 77056

Matheson Tri- Gas Inc.
P.O. BOX 845502
Dallas, TX 75284


Maxim Crane Works, L.P.
LockBox # 774389 4389
Solutions Center
Chicago, IL 60677

McAllister Towing and
Transportation Co.
17 Battery Place
New York, NY 10004

Merchants Bonding Company
P.O. Box 310180
Des Moines, IA 50331


Mervis Texas, LP
3295 E. Main Street
PO Box 827
Danville, IL 61834

Midstate Environmental Services LP
PO Box 261180
Corpus Christi, TX 78426


Mirion Technologies
P.O. BOX 101301
Pasadena, CA 91189


Mitchell Crane
P.O. Box 7197
Bryan, TX 77801


Modular Space Corporation
1200 Swedesford Road
Berwyn, PA 19312


Moran Towing of Texas, Inc.
8740 Old Yacht Club Road
Port Arthur, TX 77642


Motion Industries Inc
488 Regal Row
Suite 108
Brownsville, TX 78521

Municipal Services Bureau
P.O. BOX 16777
Austin, TX 78761

Mustang Cat
P.O. Box 4346
Dept. 144
Houston, TX 77210

Naismith Marine Services
3765 S. Alameda St.,
Suite 205
Corpus Christi, TX 78411

NAPA Auto Parts
770A Padre Island Hwy
Brownsville, TX 78521

Natec Of Texas, Inc.
9802 Lawndale Ave
Houston, TX 77017

National Oilwell Varco
11905 HWY 308
Larose, LA 70373

North Florida Shipyards, Inc.
P.O. Box 3255
Jacksonville, FL 32202

North Texas Tollwayi Authority
P.O. BOX 260928
Plano, TX 75026

Northeast Implement.
460 Halsey Valley Road
Spencer, NY 14883

Northeast Marine Pilots, Inc.
243 Sprint St.
Newport, RI 2840

Nueces Power Equipment
PO Box 4789
Corpus Christi, TX 78469


Nuga Diesel
3300 East 14th Street
Brownsville, TX 78521


Oil Patch Fuel & Supply, Inc
P.O. Box 1089
Combes, TX 78535


Olmito Medical Clinic
2401 N. Ed Carey
Suite A
Harlingen, TX 78550

OverBuilt, Inc
780 West Park Avenue NW
Huron, SD 57350


Penske Truck Leasing Co., L.P
P.O. Box 827380
Philadelphia, PA 19182


Phelps Dunbar,LP
365 Canal St
Suite 2000
New Orleans, LA 70130

PLACE CARD TO RAISE THE LIABILITY
TO AMT THEY SAY THEY OWE


Pot -O- Gold Rentals, LLC
P.O. Box 1627
Hammond, LA 70404

Progressive Business Publications
370 technology Dr
Malvern, PA 19355


Quality Weighing Services, Inc.
875 N. Milo Rd
Brownsville, TX 78521


R M Walsdorf, Inc
10155 SH 48
Brownsville, TX 78521


Red Barn Tire Service
6424 Padre Island Hwy
Brownsville, TX 78521


Rental World Inc
2615 Boca Chica Blvd
Brownsville, TX 78521


Rhyner Construction Services, Inc.
P.O BOX 309 Rio
Hondo, TX 78583


Richard A. Zimmerman
233 Broadway, Suite 2202
Suite 2202
New York, NY 10279

Richard Jaross.
415 Palo Verde Dr.
Brownsville, TX 78521


Royston, Rayzor, Vickery & Williams,L.L.
55 Cove Circle P.O.
PO Box 3509
Brownsville, TX 78521

S&G Contractors
5601 N Expressway
Brownsville, TX 78520


Sabine Ship Services, Inc
PO Box 3681
Beaumont, TX 77704


Safety-Kleen Systems, Inc
PO Box 650509
Dallas, TX 75265


SAIA
500 W Esplanade
#38
Metairiela, LA 70006

Santa Fe Brokerage
8126 Padre Island Hwy
Brownsville, TX 78521


Satellite Industries Inc.
2530 Xenium Ln N
Plymouth, MN 55441


Seabreeze Environmental Landfill
P.O. Box 567
Angleton, TX 77515


Select Staff
12700 Hillcrest Rd
Suite 218
Dallas, TX 75230

Sensidyne
16333 Bay Vista Drive
Clearwater, FL 33760

Snap-On-Tools
1215 Gin Dr.
Pharr, TX 78577


South Coast Maritime Corp
FM 802
Suite F
Brownsville, TX 78526

St Joseph Academy
101 St. Joseph Dr.
Brownsville, TX 78520


Sullivan Land Services
P.O. Box 131486
Houston, TX 77219


Sunbelt Express Services
P.O. Box 111
Harlingen, TX 78551


T. Parker Host Of Maryland, Inc.
2200 Broening Hwy
Suite 230
Baltimore, MD 21224

Talens Marine & Fuel, Inc
PO BOX 676871
Dallas, TX 75267


Tejas Equipment Rental
3320 FM 802
Brownsville, TX 78521


Texas Commission on Environmental Qualit
PO Box 13089
Austin, TX 78711

Texas Department of
State Health Service
1100 W 49th Street
Austin, TX 78756

Texas Labor Poster Service
6800 West Gate Blvd.
Suite 132 Box 872
Austin, TX 78745

The Carnesi Company Inc.
943 N Expressway
#15-9112
Brownsville, TX 78520

The Klement Agency
P.O. Box 820
Prosper, TX 75078

The Printers Border Press
620 E. Price Rd.
Brownsville, TX 78521

The Propeller Club of the United States
PO Box 3773
Brownsville, TX 78523

Thielsch Engineering, Inc.
P.O. BOX 845327
Boston, MA 2284

Time Insurance Agency, Inc.
1405 East Riverside Dr
Austin, TX 78741

Tony Yzaguirre Tax Assessor - Collector
P.O. Box 952
Brownsville, TX 78522

Tow Boat US Port Isabel
156 Beach Blvd
Laguna Vista, TX 78578


Tradewinds Towing LLC
312  Minorca Avenue
Saint Augustine, FL 32080


TranAct
7100 30th Avenue N.
St. Petersburg, FL 33710


Triangle Waste Solutions,L.P.
P.O.Box 4253-P
Houston, TX 77210


Tx Tag
P.O. Box 650749
Dallas, TX 75265


Uline
P.O. Box 88741
Chicago, IL 60680


UniFirst Holdings, Inc.
515 East Beech Avenue
McAllen, TX 78501


Union Pacific Railroad Company.
P.O BOX  843465
Dallas, TX 75284


United Rentals
P.O. Box 840514
Dallas, TX 75284

UPS
P.O. BOX 730900
Dallas, TX 75373


UPS Freight
P.O. Box 730900
Dallas, TX 75373


US Ecology Texas
PO Box 26273
Salt Lake City, UT 84126


Valley Action-Aire, LLC
6460 Butler Rd.
Brownsville, TX 78520


Valley Cardboard Recycling
1230 Cheers St.
Brownsville, TX 78521


Valley Day and Night Clinic
3302 Boca Chica Blvd
Suite 109
Brownsville, TX 78521

Valley IT Solutions
P.O. Box 3510
Brownsville, TX 78523


Valley Liftman Corp
P.O Box 5
La Feria, TX 78559


Valley Radio Center
1522 N 77 Sunshine Strip
Harlingen, TX 78550

Vandeventer, Black, LLP
500 World Trade Center
Norfolk, VA 23510


VanEps Kunneman Van Doore
Julianaplein 22
PO Box 504
Willemstad, Curacao

Verizon Wireless
PO Box 660108
Dallas, TX 75266


Vulcan Materials
10905 Ostos Rd
Brownsville, TX 78521


Waller Marine Inc
14410 West Sylvanfield
Houston, TX 77014


Waukesha - Pearce Industries, Inc.
PO Box 204116
Dallas, TX 75320


Weeks Marine, Inc
4 Commerce Drive
Cranford, NJ 7016


Weight & Test Solutions, Inc.
P.O. Box 4296
Brownsville, TX 78523


Westar Marine Services.
P.O. Box 78100
San Francisco, CA 94107