## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **CHAPTER 11** |
| **ESCO MARINE, INC.,** | § | |
| | § | **CASE NO. 15-20107-RSS** |
| Debtor | § | |
| | § | |
| In re: | § | |
| | § | **CHAPTER 11** |
| **ESCO METALS, LLC,** | § | |
| | § | **CASE NO. 15-20108** |
| Debtor | § | |
| | § | |
| In re: | § | |
| | § | **CHAPTER 11** |
| **ESCO SHREDDING, LLC,** | § | |
| | § | **CASE NO. 15-20109** |
| Debtor | § | |
| | § | |
| In re: | § | |
| | § | **CHAPTER 11** |
| **TEXAS BEST RECYCLING, LLC,** | § | |
| | § | **CASE NO. 15-20110** |
| Debtor | § | |
| | § | |
| In re: | § | |
| | § | **CHAPTER 11** |
| **TEXAS BEST EQUIPMENT, LLC,** | § | |
| | § | **CASE NO. 15-20111** |
| Debtor | § | |
| | § | |

## CERTIFICATE OF SERVICE
## OF EMERGENCY MOTION FOR AN ORDER DIRECTING
## JOINT ADMINISTRATION OF CASES
[Relates to Doc. No. 2]

The undersigned hereby certifies that on the 9th day of March, 2015, a true and correct copy of the *Emergency Motion for an Order Directing Joint Administration of Bankruptcy Cases* which was filed with the Court on March 8, 2015, was served by U.S. mail, first class, postage prepaid upon the parties listed on the attached service list for ESCO MARINE, INC.

Respectfully submitted,

LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, Texas  78212
Telephone:  (210) 736-6600
Telecopier:  (210) 735-6889
E-mail: gayers@langleybanack.com


By: /s/ *R. Glen Ayers, Jr.*
    R. Glen Ayers, Jr.
    State Bar No. 01467500
    David S. Gragg
    State Bar No. 08253300
    Natalie F. Wilson
    State Bar No. 24076779

Label Matrix for local noticing
0541-2
Case 15-20107
Southern District of Texas
Corpus Christi
Sun Mar  8 09:16:04 CDT 2015

United States Bankruptcy Court
1133 North Shoreline Blvd #208
Corpus Christi, TX 78401-2042

A & B Environmental Services Inc
10100 East Freeway
Suite 100
Houston, TX 77029-1919

AAA Urgent Care Centers
1100 N Expressway 77
Suite 3
Brownsville, TX 78521-1407

AAMECC, LLC
1327 E. Washington Ave.
# 242
Harlingen, TX 78550-5684

ABS Americas
16855 Northchase Drive
Houston, TX 77060-6006

AD Transport Services
7620 Victoria Ct Ste 4
Brownsville, TX 78521-6937

AOC
3557 E 14th St
Brownsville, TX 78521-3235

AV's Express
P.O. Box 533595
Harlingen, TX 78553-3595

Advance Auto Parts
P.O. Box 742063
Atlanta, GA 30374-2063

Air Liquide America Corporation
P.O. Box 301046
Dallas, TX 75303-1046

Airgas Northern California & Nevada
P.O. Box 7425
Pasadena, CA 91109-7425

Airgas On-Site Safety Services
3915 E. LA Salle St
Phoenix, AZ 85040-3979

Airgas USA,LLC
P.O. Box 676015
Dallas, TX 75267-6015

Airgas-Southwest, Inc.
4895 Mlk JR PKWY
Beaumont, TX 77705

Alamo Concrete Products Ltd.
P.O. Box 531808
Harlingen, TX 78553-1808

Alamo Iron Works
P.O. Box 231
San Antonio, TX 78291-0231

Alan Padilla
804 Ringold St
Brownsville, TX 78520-7924

All Valley Drug Screens
P.O. Box 1822
Los Fresnos, TX 78566-1822

Allied Waste Services #862
P.O. Box 78829
Phoenix, AZ 85062-8829

Ambit Energy
P.O. Box 660462
Dallas, TX 75266-0462

American Commercial
Barge Line LLC
1701 E Market Street
Jefersonville, IN 47130

American Longshore Mutual Ass. LTD.
P.O. BOX 934368
Atlanta, GA 31193-4368

Anchor Marine &
Industrial Supply, Inc
P.O. Box 58645
Houston, TX 77258-8645

Arabie Trucking Services, LLC
163 Lincoln Lane
Thibodaux, LA 70301-5886

Argus Security Systems, LLC
314 Ash Avenue
McAllen, TX 78501-2556

Armstrong Forensic Laboratory, Inc.
330 Lock'n Green Trail
Arlington, TX 76012-3481

Armstrong Transport Group, Inc.
P.O. Box 411
Concord, NC 28026-0411

Associated Marine Service Inc
PO Box 307
Groves, TX 77619-0307

Bawco Industries, Inc.
P.O. Box 2365
Pearland, TX 77588-2365

Berco of America, Inc.
1001 Synergy Blvd
Kilgore, TX 75662-7782

Bioremediation, Inc
P.O. BOX 664
Knox, IN 46534-0664

Bird's Eye View, Inc.
211 Airport Access Rd
Middletown, RI 02842-4689

Blue Cross Blue Shield of Texas
PO Box 1186
Chicago, IL 60690-1186

Bracewell & Giuliani LLP
P.O. Box 848566
Dallas, TX 75284-8566

Brazos-Santiago Pilots Assn.
PO Box 414
Dallas, TX 75221-0414

Brokk Inc DE
1144 Village Way
Port Isabel, TX 78578

Brownsville & Rio Grande Int'l
PO Box 3818
Brownsville, TX 78523-3818

Brownsville Navigation Distric
1000 Foust Rd.
Brownsville, TX 78521-1000

Burton McCumber & Cortez, L.L.P.
1950 Paredes Line Road
Brownsville, TX 78521-1692

Burton Service Parts Warehouse
525 E. Highway
PO Box 297
Weslaco, TX 78599-0297

Bush Supply
1101 W. Jackson St
Harlingen, TX 78550-6039

CC  Distributors, Inc.
210 Mcbride Lane
Corpus Christi, TX 78408-2338

Cal Cam Recycling
1225 N First Avenue
Lake Charles, LA 70601-1709

Callidus Capital Corporation
Royal Trust Tower, Suite 4320
77 King Street West
Toronto, Ontario M5K 1K2

Carkenord & Sons Contractors,Inc.
700 E. Thomas DR
Pharr, TX 78577-8931

Central Bolt & Industrial Supplies Inc.
2935 International Blvd
Brownsville, TX 78521-3123

Charles M. Durivage, P.E
5151 FM 507
Lyford, TX 78569-2188

City of Brownsville Finance Department
P.O. Box 911
Brownsville, TX 78522-0911

Colvin, Chaney, Saenz & Rodriguez,L.L.P
1204 East Van Buren
PO Box 2155
Brownsville, TX 78522-2155

Conestoga - Rovers & Associates, Inc.
406 P.O. Box 8000
Buffalo, NY 14267-0002

ConferenceCall.com
P.O Box 409573
Atlanta, GA 30384-9573

Culligan Water of RGV
1300 W  BUS. HWY 77
San Benito, TX 78586-4102

Dahill
P.O. Box 314
San Antonio, TX 78292-0314

Deep South Marine, Inc.
2225 Foxglove Street
League City, TX 77573-2253

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

DuCharme, McMillen & Associates, Inc.
P.O. Box 1627
Indianapolis, IN 46206-1627

E.M. Polker, Co.
8426 Gibbons
Houston, TX 77012-3726

EBI Liftboats, LLC
201 Dean Court
Houma, LA 70363-6980

EJ Wipers International
2700 R.L. Ostos Rd.
Compt #5
Brownsville, TX 78521-1056

Eddie's Welding Equipment Inc
10710 Craighead Dr
Houston, TX 77025-5802

Electric Fixture
810 E 11th St
Brownsville, TX 78520-5898

Elizondo Crane Service
PO Box 5748
Brownsville, TX 78523-5748

F & M Mafco, Inc.
P.O. BOX 932306
Cleveland, OH 44193-0006

Fastenal Company
PO Box 978
Winona, MN 55987-0978

Fastserv Supply, Inc.
P.O. Box 941649
Plano, TX 75094-1649

FedEx Freight
4103 Collection Center Dr.
Chicago, IL 60693-0041

Fedex
P.O. Box 94515
Palatine, IL 60094-4515

Fel Glo., Inc
2250 Angler's Place Rd
Brownsville, TX 78521-9250

Ferrellgas
P.O. Box 173940
Denver, CO 80217-3940

Flat Iron Capital
950 17th St. Suite 1300
Denver, CO 80202-2818

Fleetpride.
P.O. Box  847118
Dallas, TX 75284-7118

Fort Bend County Toll Road Authority
P.O. Box 9970
Trenton, NJ 08650-2970

Fortune
P. O. Box 60001
Tampa, FL 33660-0001

Frenkel & Co., Inc.
350 Hudson Street
New York, NY 10014-4500

GCR Tire  Centers
2411 E. Sugar Cane Dr
Weslaco, TX 78599-3104

GE Transportation Finance
P.O. Box  822108
Philadelphia, PA 19182-2108

Gac Shipping (USA) Inc.
One International Plaza
Suite 250
Philadelphia, PA 19113-1537

Garoso Electric & Hardware Corp.
3220 FM 802
Brownsville, TX 78526-2831

Global Environmental & Marine Svc, Inc.
18489 Country Place Dr.
Conroe, TX 77302-6449

Goode Electric Company
300 E Stenger
San Benito, TX 78586-4663

Greensfelder, Hemker & Gale, PC
10 South Broadway
Suite 2000
St. Louis, MO 63102-1747

Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673

Holt Cat
P.O. Box 1604
Austin, TX 78767-1604

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

IDVILLE
5376 52ND ST
Grand Rapids, MI 49512-9702

IMC- Industrial Medical Clinic - West
P.O. Box 11984
Birmingham, AL 35202-1984

IOC Trucking, LLC.
9312 E. Curve Rd
Edinburg, TX 78542-4129

(p)NISSAN MOTOR ACCEPTANCE CORPORATION
LOSS RECOVERY
PO BOX 660366
DALLAS TX 75266-0366

Island Health Center PA
4623 Ft Crockett Blvd
Galveston, TX 77551-5962

J.J. Keller
P.O. Box 548
Neenah, WI 54957-0548

Johnson Ropa Usada, L.L.C.
904 Billy Mitchell Blvd
Brownsville, TX 78521-5602

Kennedy Wire & Rope
PO Box 4016
Corpus Christi, TX 78469-4016

Keppel Amfels.
20000 State Hwy 48
Brownsville, TX 78521-8910

LaBounty Mfg.
5505 N. Cumberland Ave., Ste 307
Lock Box 14071
Chicago, IL 60614-8500

Lane Equipment Company
410 Frontage Road
Donna, TX 78537

Law Office of Robert Garza, PC
1200 E. Harrison St.
Brownsville, TX 78520-7027

Lessor Transportation
1056 gemini road
Eagan, MN 55121-2205

Louisiana Cat
P.O. Box 54942
New Orleans, LA 70154-4942

M.H Barrie & Associates
PO Box 1164
Mobile, AL 36633-1164

Manager Plus Solutions
9350 South 150 East
Suite 650
Sandy, UT 84070-2704

Marine Chemists of Galveston, LLC
P.O. Box 16674
Galveston, TX 77552-6674

Maritime Chemists' Services
4114 Harry St
Suite 210
Corpus Christi, TX 78411-1912

Maritime Consultants Inc
P.O. Box 4402
Corpus Christi, TX 78469-4402

Marlin Leasing Corp
PO Box 13604
Philadelphia, PA 19101-3604

Martin Energy Services, LLC
Three Riverway
Suite 400
Houston, TX 77056-1947

Matheson Tri- Gas Inc.
P.O. BOX 845502
Dallas, TX 75284-5502

Maxim Crane Works, L.P.
LockBox # 774389 4389
Solutions Center
Chicago, IL 60677-0001

McAllister Towing and
Transportation Co.
17 Battery Place
New York, NY 10004-1260

Merchants Bonding Company
P.O. Box 310180
Des Moines, IA 50331-0180

Mervis Texas, LP
3295 E. Main Street
PO Box 827
Danville, IL 61834-0827

Midstate Environmental Services LP
PO Box 261180
Corpus Christi, TX 78426-1180

Mirion Technologies
P.O. BOX 101301
Pasadena, CA 91189-0006

Mitchell Crane
P.O. Box 7197
Bryan, TX 77805-7197

Modular Space Corporation
1200 Swedesford Road
Berwyn, PA 19312-1172

Moran Towing of Texas, Inc.
8740 Old Yacht Club Road
Port Arthur, TX 77642-0385

Motion Industries Inc
488 Regal Row
Suite 108
Brownsville, TX 78521-4226

Municipal Services Bureau
P.O. BOX 16777
Austin, TX 78761-6777

Mustang Cat
P.O. Box 4346
Dept. 144
Houston, TX 77210-4346

NAPA Auto Parts
770A Padre Island Hwy
Brownsville, TX 78521

Naismith Marine Services
3765 S. Alameda St.,
Suite 205
Corpus Christi, TX 78411-1600

Natec Of Texas, Inc.
9802 Lawndale Ave
Houston, TX 77017-2731

National Oilwell Varco
11905 HWY 308
Larose, LA 70373-6701

North Florida Shipyards, Inc.
P.O. Box 3255
Jacksonville, FL 32206-0255

North Texas Tollwayi Authority
P.O. BOX 260928
Plano, TX 75026-0928

Northeast Implement.
460 Halsey Valley Road
Spencer, NY 14883-9560

Northeast Marine Pilots, Inc.
243 Sprint St.
Newport, RI 02840-6826

Nueces Power Equipment
PO Box 4789
Corpus Christi, TX 78469-4789

Nuga Diesel
3300 East 14th Street
Brownsville, TX 78521-3232

Oil Patch Fuel & Supply, Inc
P.O. Box 1089
Combes, TX 78535-1089

Olmito Medical Clinic
2401 N. Ed Carey
Suite A
Harlingen, TX 78550-8207

OverBuilt, Inc
780 West Park Avenue NW
Huron, SD 57350-5013

Penske Truck Leasing Co., L.P
P.O. Box 827380
Philadelphia, PA 19182-7380

Phelps Dunbar,LP
365 Canal St
Suite 2000
New Orleans, LA 70130-6534

Pot -O- Gold Rentals, LLC
P.O. Box 1627
Hammond, LA 70404-1627

Progressive Business Publications
370 technology Dr
Malvern, PA 19355-1315

Quality Weighing Services, Inc.
875 N. Milo Rd
Brownsville, TX 78521-1044

R M Walsdorf, Inc
10155 SH 48
Brownsville, TX 78521

Red Barn Tire Service
6424 Padre Island Hwy
Brownsville, TX 78521-5281

Rental World Inc
2615 Boca Chica Blvd
Brownsville, TX 78521-2311

Rhyner Construction Services, Inc.
P.O BOX 309 Rio
Hondo, TX 78861-0309

Richard A. Zimmerman
233 Broadway, Suite 2202
Suite 2202
New York, NY 10279-2200

Richard Jaross.
415 Palo Verde Dr.
Brownsville, TX 78521-2620

Royston, Rayzor, Vickery & Williams,L.L.
55 Cove Circle P.O.
PO Box 3509
Brownsville, TX 78523-3509

S&G Contractors
5601 N Expressway
Brownsville, TX 78520-9434

SAIA
500 W Esplanade
#38
Metairiela, LA 70005-1254

Sabine Ship Services, Inc
PO Box 3681
Beaumont, TX 77704-3681

Safety-Kleen Systems, Inc
PO Box 650509
Dallas, TX 75265-0509

Santa Fe Brokerage
8126 Padre Island Hwy
Brownsville, TX 78521

Satellite Industries Inc.
2530 Xenium Ln N
Plymouth, MN 55441-3695

Seabreeze Environmental Landfill
P.O. Box 567
Angleton, TX 77516-0567

Select Staff
12700 Hillcrest Rd
Suite 218
Dallas, TX 75230-2071

Sensidyne
16333 Bay Vista Drive
Clearwater, FL 33760-3130

Snap-On-Tools
1215 Gin Dr.
Pharr, TX 78577-7816

South Coast Maritime Corp
FM 802
Suite F
Brownsville, TX 78526

St Joseph Academy
101 St. Joseph Dr.
Brownsville, TX 78520-7308

Sullivan Land Services
P.O. Box 131486
Houston, TX 77219-1486

Sunbelt Express Services
P.O. Box 111
Harlingen, TX 78551-0111

T. Parker Host Of Maryland, Inc.
2200 Broening Hwy
Suite 230
Baltimore, MD 21224-6643

Talens Marine & Fuel, Inc
PO BOX 676871
Dallas, TX 75267-6871

Tejas Equipment Rental
3320 FM 802
Brownsville, TX 78526-2833

Texas Commission on Environmental Qualit
PO Box 13089
Austin, TX 78711-3089

Texas Department of
State Health Service
1100 W 49th Street
Austin, TX 78756-3101

Texas Labor Poster Service
6800 West Gate Blvd.
Suite 132 Box 872
Austin, TX 78745-4868

The Carnesi Company Inc.
943 N Expressway
#15-9112
Brownsville, TX 78520-8605

The Klement Agency
P.O. Box 820
Prosper, TX 75078-0820

The Printers Border Press
620 E. Price Rd.
Brownsville, TX 78521-4216

The Propeller Club of the United States
PO Box 3773
Brownsville, TX 78523-3773

Thielsch Engineering, Inc.
P.O. BOX 845327
Boston, MA 02284-5327

Time Insurance Agency, Inc.
1405 East Riverside Dr
Austin, TX 78741-1137

Tony Yzaguirre Tax Assessor - Collector
P.O. Box 952
Brownsville, TX 78522-0952

Tow Boat US Port Isabel
156 Beach Blvd
Laguna Vista, TX 78578-2636

Tradewinds Towing LLC
312  Minorca Avenue
Saint Augustine, FL 32080-3815

TranAct
7100 30th Avenue N.
St. Petersburg, FL 33710-2902

Triangle Waste Solutions,L.P.
P.O.Box 4253-P
Houston, TX 77210

Tx Tag
P.O. Box 650749
Dallas, TX 75265-0749

UPS
P.O. BOX 730900
Dallas, TX 75373-0900

UPS Freight
P.O. Box 730900
Dallas, TX 75373-0900

US Ecology Texas
PO Box 26273
Salt Lake City, UT 84126-0273

US Trustee
606 N Carancahua
Corpus Christi, TX 78401-0680

Uline
P.O. Box 88741
Chicago, IL 60680-1741

UniFirst Holdings, Inc.
515 East Beech Avenue
McAllen, TX 78501-8710

Union Pacific Railroad Company.
P.O BOX  843465
Dallas, TX 75284-3465


(p)UNITED RENTALS NORTH AMERICA INC
3200 HARBOR LN N
MINNEAPOLIS MN 55447-5295

Valley Action-Aire, LLC
6460 Butler Rd.
Brownsville, TX 78520-9705

Valley Cardboard Recycling
1230 Cheers St.
Brownsville, TX 78521-4432


Valley Day and Night Clinic
3302 Boca Chica Blvd
Suite 109
Brownsville, TX 78521-4271

Valley IT Solutions
P.O. Box 3510
Brownsville, TX 78523-3510

Valley Liftman Corp
P.O Box 5
La Feria, TX 78559-0005


Valley Radio Center
1522 N 77 Sunshine Strip
Harlingen, TX 78550-4327

VanEps Kunneman Van Doore
Julianaplein 22
PO Box 504
Willemstad, Curacao

Vandeventer, Black, LLP
500 World Trade Center
Norfolk, VA 23510-1779


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Vulcan Materials
10905 Ostos Rd
Brownsville, TX 78521

Waller Marine Inc
14410 West Sylvanfield
Houston, TX 77014-1625


Waukesha - Pearce Industries, Inc.
PO Box 204116
Dallas, TX 75320-4116

Weeks Marine, Inc
4 Commerce Drive
Cranford, NJ 07016-3520

Weight & Test Solutions, Inc.
P.O. Box 4296
Brownsville, TX 78523-4296


Westar Marine Services.
P.O. Box 78100
San Francisco, CA 94107-8100

Roderick Glen Ayers Jr
Langley Banack Inc
745 E Mulberry
Ste 900
San Antonio, TX 78212-3141


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


DirectTV
P.O.Box 60036
Los Angeles, CA 90060

Home Depot
P.O. Box 6029
The Lakes, NV 88901

Infiniti Financial Services
P.O. Box 650679
Dallas, TX 75265


United Rentals
P.O. Box 840514
Dallas, TX 75284

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Amador Gutierrez | (u)PLACE CARD TO RAISE THE LIABILITY<br>TO AMT THEY SAY THEY OWE | End of Label Matrix |
| | | Mailable recipients   199 |
| | | Bypassed recipients     2 |
| | | Total                 201 |