**No Processing Budget**

|  | Week 1 | Week 2 | Week 3 |  |
|---|---|---|---|---|
| Receipts | $ 90,000 | $ 65,000 | $ 130,000 | flat iron |
|  |  |  |  |  |
| Payroll | 20,951 | 20,951 | 20,951 |  |
| Medical Insurance | 28,000 |  |  |  |
| Hull/P&I/Vessel Pollution/Excess Insurance |  | 110,000 |  |  |
| Equipment & Facilities Insurance | 65,000 |  |  |  |
| Fuel/Consumables/Supplies | 5,000 | 5,000 | 5,000 |  |
| Utilities-Electricity |  |  | 29,000 |  |
| Utilities-Water |  | 3,000 |  |  |
| Utilities-Natural Gas |  | 3,000 |  |  |
| Shipping/Rail Svc. | 6,000 |  |  |  |
| Misc./ bank charges/payroll svc fees | 1,000 | 1,000 | 1,000 |  |
| Cash Outflow | $ 125,951 | $ 142,951 | $ 55,951 |  |
|  |  |  |  |  |
| Net Cashflow | $ (35,951) | $ (77,951) | $ 74,049 |  |

Payroll includes minimum staff to cover Security, Production, HR & Accounting, Commercial

Week 1 includes receipts from MIMCO that are due.
Week 2 includes receipts from approximately 10 loads of HMS and/or P&S to Sigosa loaded in week 1.
Week 3 includes receipts from approximately 20 loads of HMS and/or P&S to Sigosa loaded week 2.


Payroll:
| | | |
|---|---|---|
| 1 Vice President of Admin/Contracts (Kris Wood) | 2,485 | *Reduced from $4,270 |
| 1 Production Manager.Operator (Andy Jaross) | 2,485 | TO BE ACCRUED AND NOT PAID |
| 1 Vice President of Security (Arnie) | 2,485 | *Reduced from $3,326 |
| 1 Vice President of Finance (Albert) | 2,174 | |
| 1 HR Manager (Ruben) | 1,657 | |
| 3 Accountants/Administration | 2,458 | |
| 10 Security Guards | 4,587 | |
| 4 Production Operators/General | 2,620 | |
| | $ 20,951 | |


EXHIBIT A