| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Southern | Main Case Number | 15-20107 |
|---|---|---|---|
| Debtor | In Re: | Esco Marine, Inc., et al. | |

This lawyer, who is admitted to the State Bar of __Michigan__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Michael C. Hammer<br>Dickinson Wright PLLC<br>350 S. Main St., Suite 300<br>Ann Arbor, MI  48104<br>734.623.1696<br>Michigan; P41705 |
|---|---|

Seeks to appear as the attorney for this party:

| Callidus Capital Corporation |
|---|
| Dated: 3/10/2015 — Signed: /s/ Michael C. Hammer |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____     _____
United States Bankruptcy Judge