**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CHAPTER 11** |
| **ESCO MARINE, INC., et al**[1] | § | |
| | § | **CASE NO. 15-20107** |
| **Debtors.** | § | |
| | § | **Joint Administration Pending** |

**CALLIDUS CAPITAL CORPORATION'S NOTICE OF NON-CONSENT**
**TO USE OF ITS CASH COLLATERAL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Callidus Capital Corporation ("**Callidus**") hereby gives notice that it does <u>not</u> consent to the use of its cash collateral by the Debtors on the terms set forth in the Debtors' *Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 & 507 and Federal Rules of Bankruptcy Procedure 2002, 4001 & 9014 (I) Authorizing Use of Cash Collateral; (II) Granting Post-Petition Replacement Liens; (III) Granting Adequate Protection; and (IV) Scheduling a Final Hearing on the Motion* (the "**Cash Collateral Motion**", Doc. #7).

Callidus intends to file an objection to the Cash Collateral Motion prior to the emergency hearing on the Cash Collateral Motion.

Dated: March 10, 2015.

Respectfully submitted,

***JORDAN, HYDEN, WOMBLE, CULBRETH &***
***HOLZER, P.C.***

<u>/s/ Nathaniel Peter Holzer</u>
Shelby A. Jordan
Texas Bar No. 11016700
Nathaniel Peter Holzer

---

[1] Other affiliated debtors are Esco Metals, LLC (Case No. 15-20108); Esco Shredding, LLC (Case No. 15-20109); Texas Best Recycling, LLC (Case No. 15-20110); Texas Best Equipment, LLC (Case No. 15-20111), (collectively, with Esco Marine, Inc., the "**Debtors**")

Texas Bar No. 00793971
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401-0341
Telephone:    (361) 884-5678
Facsimile:    (361) 888-5555
sjordan@jhwclaw.com
pholzer@jhwclaw.com


***DICKINSON WRIGHT PLLC***

Michael C. Hammer
Michigan Bar No. P41705
350 S. Main Street, Suite 300
Ann Arbor, MI  48104
Telephone:    (734) 623-1696
Facsimile:    (734) 623-1625
MHammer@dickinsonwright.com

Kristi A. Katsma
Michigan Bar No. P53545
500 Woodward, Suite 4000
Detroit, MI  48226
Telephone:    (313) 223-3180
Facsimile:    (313) 223-3598
KKatsma@dickinsonwright.com

**ATTORNEYS FOR CALLIDUS CAPITAL CORPORATION**