

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
03/10/2015

| | | |
|---|---|---|
| In re: | § | |
| | § | CHAPTER 11 |
| ESCO MARINE, INC., | § | |
| | § | CASE NO. 15-20107 |
| Debtor | § | |
| | § | |
| In re: | § | |
| | § | CHAPTER 11 |
| ESCO METALS, LLC, | § | |
| | § | CASE NO. 15-20108 |
| Debtor | § | |
| | § | |
| In re: | § | |
| | § | CHAPTER 11 |
| ESCO SHREDDING, LLC, | § | |
| | § | CASE NO. 15-20109 |
| Debtor | § | |
| | § | |
| In re: | § | |
| | § | CHAPTER 11 |
| TEXAS BEST RECYCLING, LLC, | § | |
| | § | CASE NO. 15-20110 |
| Debtor | § | |
| | § | |
| In re: | § | |
| | § | CHAPTER 11 |
| TEXAS BEST EQUIPMENT, LLC, | § | |
| | § | CASE NO. 15-20111 |
| Debtor | § | |
| | § | |

**ORDER FOR JOINT ADMINISTRATION
AND/OR TRANSFER OF CASES**

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the Court orders that the above referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. __X__ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

2. __X__ Case No. 15-020107 (the number of the "main" case)

L & B 18052/0001/L0953296.DOC/

3. __X__ The style "ESCO MARINE, INC." and the case number 15-20107 shall be used on all pleadings filed; this case is the "main case," and it and all of the other cases listed above were filed in the Corpus Christi division, over which only Judge Richard S. Schmidt presides.

4. __X__ Parties may request joint hearings on matters pending in any of the jointly administered cases by filing a pleading in the main case under the style and number set out above.

5. _____ Other: _____

Only the lines checked are ordered.

Dated: __3/10/15__

_____
United States Bankruptcy Judge

L & B 18052/0001/L0953296.DOC/