# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: § | |
| ESCO MARINE, INC., et al[1] § | DEBTORS: ESCO MARINE, INC., *et al.* |
| § | |
| Debtors. § | JUDGE: Richard S. Schmidt |
| § | |
| § | PARTY'S NAME: CALLIDUS CAPITAL |
| Chapter 11 § | CORPORATION |
| § | |
| Case No. 15-20107 § | ATTORNEYS' NAMES: |
| § | Michael C. Hammer |
| Jointly Administered § | Nathaniel P. Holzer    Ph: (734) 623-1696 |
| § | Ph: (361) 884-5678    Kristi A. Katsma |
| § | Ph: (313) 223-3180 |

## CALLIDUS CAPITAL CORPORATION'S WITNESS AND EXHIBIT LIST

Callidus Capital Corporation ("Callidus") hereby submits this Witness and Exhibit list in support of the hearing to be held on **Tuesday, May 26, 2015 at 8:30 a.m.** on the following matter:

Final Hearing On Debtor's Emergency Motion Under 11 U.S.C. Sections 105, 361, 362, 363, 364 & 507 And Federal Rules Of Bankruptcy Procedure 2002, 4001 & 9014: (I) Authorizing Debtors To Obtain Postpetition Financing And Utilize Cash Collateral; (II) Granting Adequate Protection.

Callidus reserves the right to supplement or amend this list or introduce any evidence necessary for rebuttal concerning such objections, if any.

## WITNESSES

1. Richard Whitlock
2. Richard Jaross
3. Andrew Levy
4. David Sieradzki

Callidus reserves the right to not call any witness designated above, and the right to call any witnesses designated by any other party, as well as call witnesses as required to rebut the testimony of any witness.

---

[1] Other affiliated debtors are Esco Metals, LLC (Case No. 15-20108); Esco Shredding, LLC (Case No. 15-20109); Texas Best Recycling, LLC (Case No. 15-20110); Texas Best Equipment, LLC (Case No. 15-20111), (collectively, with Esco Marine, Inc., the "**Debtors**").

**EXHIBITS**

| NO. | DESCRIPTION | MARK | OFF | OBJ | ADM | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Loan Agreement | | | | | | |
| 2. | Jaross Guarantee | | | | | | |
| 3. | Levy Guarantee | | | | | | |
| 4. | Security Agreement | | | | | | |
| 5. | Deed of Trust | | | | | | |
| 6. | Leasehold Deeds of Trust | | | | | | |
| 7. | Demand Facility Notes | | | | | | |
| 8. | First Amendment to Loan Agreement | | | | | | |
| 9. | Delaware UCC-1 filings report for Esco Marine, Inc. | | | | | | |
| 10. | Doc # 55 First Interim Cash Collateral Order | | | | | | |
| 11. | Doc # 73 Debtor's response to Motion to Appoint Trustee | | | | | | |
| 12. | Doc # 77 Agreed Order on Motion to Appoint Trustee | | | | | | |
| 13. | Doc # 85 Second Interim Cash Collateral Order | | | | | | |
| 14. | Doc #95 Debtor's Motion to Retain Sico etal | | | | | | |
| 15. | Doc # 96 Debtor's Notice of Withdrawal re: Sico et al | | | | | | |
| 16. | Doc # 122 Third Interim Cash Collateral Order | | | | | | |
| 17. | Doc # 131 DIP Motion | | | | | | |
| 18. | Doc # 136 First Interim DIP Order | | | | | | |

| NO. | DESCRIPTION | MARK | OFF | OBJ | ADM | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 19. | Doc # 142 March MOR | | | | | | |
| 20. | Doc # 151 Order Appointing Whitlock | | | | | | |
| 21. | Doc # 166 April MOR | | | | | | |
| 22. | Doc # 169 Second Interim DIP Order | | | | | | |
| 23. | Docket Sheet, District Court Case No. 1:14-cv-00270 *Callidus Capital Corporation v. Esco Marine, Inc. et al* | | | | | | |
| 24. | District Court Doc # 12 Defendant's Response to Motion For Reconsideration | | | | | | |
| 25. | District Court Doc # 29, Defendant's Response to Callidus' Motion for TRO | | | | | | |
| 26. | District Court Doc # 30, Defendant's Answer to Complaint | | | | | | |
| 27. | District Court Doc # 33, Defendant's Emergency Motion for Temporary Restraining Order and Preliminary Injunction | | | | | | |
| 28. | District Court Doc # 34, Defendant's Counterclaim | | | | | | |
| 29. | District Court Doc # 40, Defendant's Reply in support of its Emergency Motion | | | | | | |
| 30. | Correction Letter dated March 24, 2015 | | | | | | |
| 31. | Esco Director's Consent dated 5/22/15 withdrawing Levy as President/CEO | | | | | | |
| 32. | Doc # 170, proposed DIP Final Order | | | | | | |
| 33. | Proposed Budget for DIP Final Order | | | | | | |
| 34. | [RESERVED] | | | | | | |

Dated: May 25, 2015.

Respectfully submitted,
***JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.***

*/s/ Nathaniel Peter Holzer*
Shelby A. Jordan
Texas Bar No. 11016700
Nathaniel Peter Holzer
Texas Bar No. 00793971
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401-0341
Telephone:    (361) 884-5678
Facsimile:     (361) 888-5555
sjordan@jhwclaw.com
pholzer@jhwclaw.com

***DICKINSON WRIGHT PLLC***
Michael C. Hammer
Michigan Bar No. P41705
350 S. Main Street, Suite 300
Ann Arbor, MI  48104
Telephone:    (734) 623-1696
Facsimile:     (734) 623-1625
MHammer@dickinsonwright.com

Kristi A. Katsma
Michigan Bar No. P53545
500 Woodward, Suite 4000
Detroit, MI  48226
Telephone:    (313) 223-3180
Facsimile:     (313) 223-3598
KKatsma@dickinsonwright.com

**ATTORNEYS FOR CALLIDUS CAPITAL CORPORATION**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served electronically to subscribers of the Court's electronic noticing system on May 25, 2015.

*/s/ Nathaniel Peter Holzer*
Nathaniel Peter Holzer