IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-20107-C-11 |
| | § | |
| ESCO MARINE, INC | § | Chapter 11 |
| | § | |
| DEBTOR(S) | § | (Jointly Administered[1]) |

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE:

  COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

1. CC Distributors, Inc.
   210 McBride Lane
   Corpus Christi, TX 78408
   Attn: George A. Finley III
   (361) 289-2823 Telephone
   (361) 289-0302 Facsimile
   gfinley@ccdistributors.com

2. Time Insurance Agency
   1405 E. Riverside Drive
   Austin, TX 78741
   Attn: John Schuler
   (512) 447-7773 Telephone
   (512) 440-0989 Facsimile
   jschuler@timeinsurance.com

---

[1] Other affiliated debtors are Esco Metal, LLC (Case No. 15-20108; Esco Shredding, LLC (Case No. 15-20109, Texas Best Recycling, LLC (Case No. 15-20110); Texas Best Equipment, LLC (Case No. 15-20111), (collectively, with Esco Marine, Inc., the "Debtors")

3.     K2 Castings, Inc.
       One New Hampshire Avenue, Suite 125
       Portsmouth, NH 03801
       Attn: Tom Stanek
       (603) 766-0423 Telephone
       (603) 388-0135 Facsimile
       tstanek@k2castings.com

Dated: May 29, 2015                        JUDY A. ROBBINS
                                              UNITED STATES TRUSTEE

                                              By: */s/ Stephen D. Statham*
                                              Stephen D. Statham
                                              Trial Attorney
                                              Texas State Bar No.19082500
                                              Office of the United States Trustee
                                              515 Rusk, Suite 3516
                                              Houston, TX 77002
                                              (713) 718-4650 Ext 24
                                              (713) 718-4680 Fax

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by ECF upon the parties requesting notice and the parties on Debtor's current service list on May 29, 2015.

                                              */s/ Stephen D. Statham*
                                              Stephen D. Statham