UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In re: § | |
| § | CHAPTER 11 |
| ESCO MARINE, INC., et al[1] § | |
| § | CASE NO. 15-20107 |
| Debtors. § | |
| § | Jointly Administered |

## CALLIDUS CAPITAL CORPORATION'S NOTICE OF RIGHT TO CREDIT BID

**PLEASE TAKE NOTICE** that pursuant to paragraph 11 of the Bidding Procedures[2] Callidus "may submit a credit bid (or bid using a similar mechanism, including a bid by one of its affiliates) under [the] Bidding Procedures up to the full amount of its pre-petition and post-petition claims."

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 9 of the Bidding Procedures, Callidus Capital Corporation ("Callidus") has the right to credit bid at any auction, sale or foreclosure sale up to the amount of $33,470,722.60 as of July 10, 2015 as detailed on the attached Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that nothing in this Notice obligates Callidus to credit bid in any certain amount or at all, and Callidus expressly preserves all of its rights and

---

[1] Other affiliated debtors are Esco Metals, LLC (Case No. 15-20108); Esco Shredding, LLC (Case No. 15-20109); Texas Best Recycling, LLC (Case No. 15-20110); Texas Best Equipment, LLC (Case No. 15-20111) (collectively, the "Debtors").

[2] The Bidding Procedures were approved by *Order Approving (A)(I) Bidding Procedures In Connection With The Debtors' Sale of Substantially All Of Their Assets By Public Auction; (II) Scheduling A Hearing To Consider The Sale of Assets; And (III) Approving The Form And Manner Of Notice Thereof; (B)(I) Authorizing And Approving The Sale Of Assets Free And Clear Of Liens, Claims, Encumbrances And Interests; And (II) Approving The Assumption And Assignment Of Potential Designated Executory Contracts And Unexpired Leases; And (C) Granting Related Relief* (entered on June 26, 2015 [Doc No. 260]).

remedies with respect to the Bidding Procedures, any auction, sale, or foreclosure sale and its right to credit bid or otherwise.

Dated: July 12, 2015 Respectfully submitted,

**JORDAN, HYDEN, WOMBLE, CULBRETH & HOLZER, P.C.**

/s/ Nathaniel Peter Holzer
Shelby A. Jordan
Texas Bar No. 11016700
Nathaniel Peter Holzer
Texas Bar No. 00793971
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401-0341
Telephone:   (361) 884-5678
Facsimile:    (361) 888-5555
sjordan@jhwclaw.com
pholzer@jhwclaw.com

- and -

**DICKINSON WRIGHT PLLC**

Michael C. Hammer (pro hac vice)
Michigan Bar No. P41705
350 S. Main Street, Suite 300
Ann Arbor, MI  48104
Telephone:   (734) 623-1696
Facsimile:    (734) 623-1625
MHammer@dickinsonwright.com

*ATTORNEYS FOR CALLIDUS CAPITAL CORPORATION*

### CERTIFICATE OF SERVICE

I certify that on July 12, 2015, the foregoing was served on all parties appearing in the case via the Court's CM/ECF system.

/s/ Nathaniel Peter Holzer
Nathaniel Peter Holzer

ANNARBOR 57558-6 196369v3