UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In re: § | |
| § | CHAPTER 11 |
| ESCO MARINE, INC., et al.[1] § | |
| § | CASE NO. 15-20107 |
| DEBTORS. § | |
| § | |
| § | (Jointly Administered) |

## NOTICE OF HEARING

Please take notice that the Court has set a hearing to consider the below matter for Thursday, July 30, 2015 at 9:00 A.M. (Central), before the Honorable Richard S. Schmidt, United States Bankruptcy Court, 1133 N. Shoreline Blvd., Corpus Christi, Texas 78401 to consider the following:

- [Dkt. 342]   *Debtor's Emergency Motion to Approve Escrow Agreement Nunc Pro Tunc to July 20, 2015*

## PROCEDURE FOR TELEPHONIC APPEARANCES

Telephonic appearances will be allowed. Any person desiring to appear telephonically at the hearing should contact CourtCall at 866-582-6878 Monday through Friday between the hours of 5:00 am and 5:30 pm (Pacific Time). In order to ensure the ability to participate telephonically, CourtCall must receive any request no later than the business day prior to the hearings. The Telephonic Appearance Instructions are attached as Exhibit "A".

Dated: July 28, 2015

RESPECTFULLY SUBMITTED,

LANGLEY & BANACK, INC.
Suite 900, Trinity Plaza II
745 East Mulberry
San Antonio, TX  78212-3166
Telephone:  (210)-736-6600
Fax: (210) 735-6889
E-mail: gayers@langleybanack.com

---

[1] The Debtors also include ESCO Metals, LLC; ESCO Shredding, LLC; Texas Best Recycling, LLC, and Texas Best Equipment, LLC. The corporate address for all debtors is 16200 Joe Garza Sr, Road, Brownsville, Texas 72521. Joint administration under the above style and case number has been ordered by the United States Bankruptcy Court on March 10, 2015. The use of the term "Debtor" shall refer to all debtors.

        By: /s/ R. Glen Ayers
        R. GLEN AYERS
        Texas Bar No. 01467500
        DAVID S. GRAGG
        Texas Bar No. 08253300
        NATALIE F. WILSON
        Texas Bar No. 24076779

        ATTORNEYS FOR THE
        DEBTORS AND DEBTORS-IN-POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of June 2015, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system and also upon those parties listed on the Debtors' consolidated Limited Service List First Class United States Mail postage prepaid.

        /s/ R. Glen Ayers
        R. Glen Ayers

IN RE ESCO MARINE, INC.
CASE NO. 15-20107-RSS

## LIMITED SERVICE LIST

**Debtor**
ESCO Marine, Inc.
16200 Joe Garza Sr, Road
Brownsville, TX 78521

**Counsel to Debtor**
R. Glen Ayers, Jr.
David S. Gragg
Natalie F. Wilson
Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212
gayers@langlebanack.com
dgragg@langlebanack.com
nwilson@langleybanack.com

**U.S. Trustee**
Office of the U.S. Trustee
Stephen Statham
515 Rusk Street, Suite 3516
Houston, TX 77002
stephen.statham@usdoj.gov

**U.S. Attorney for Southern District**
Kenneth Magidson, USA
P.O. Box 61129
Houston, TX 77208

### SECURED CREDITORS

**Counsel for Callidus Capital Corp.**
**BRACEWELL & GIULIANI**
Brad Benoit / Troy Wood
711 Louisiana St.
Houston, Texas 77002
brad.benoit@bgllp.com

**Counsel for Callidus Capital Corp.**
**DICKINSON WRIGHT PLLC**
Thomas G. McNeill /Kristi A. Katsma
500 Woodward Ave, Ste. 4000
Detroit, MI 48226
kkatsma@dickinsonwright.com

**Counsel for Callidus Capital Corp.**
**JORDAN, HYDEN, WOMBLE, CULBERTH & HOLZER, P.C**
Shelby A. Jordan / Peter Holzer
500 N. Shoreline Blvd., Ste 900
Corpus Christi, Texas 78401
pholzer@jhwclaw.com
sjordan@jhwclaw.com

**Counsel for Callidus Capital Corp.**
**DICKINSON WRIGHT PLLC**
Doron Yitzchaki
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
dyitzchaki@dickinsonwright.com

**Counsel for Callidus Capital Corp.**
**DICKINSON WRIGHT PLLC**
Michael C. Hammer
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Mhammer2@dickinsonwright.com

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS

CC Distributors, Inc.
Attn: George A. Finley III
210 McBride Lane
Corpus Christi, TX 78408

Time Insurance Agency
Attn: John Schuler
1405 E. Riverside Drive
Austin, TX 78741

K2 Castings, Inc.
Attn: Tom Stanek
One New Hampshire Ave. Ste. 125
Portsmouth, NH 03801

**Proposed Attorneys for Committee**
Stephen W. Sather
Barbara M. Barron
BARRON & NEWBURGER, P.C.
1212 Guadalupe Street, Suite 104
Austin, Texas 78701
ssather@bn-lawyers.com

### TWENTY LARGEST UNSECURED CREDITORS (Consolidated Cases)

Air Liquid America Corp.
PO Box 301046
Dallas, Texas 75303

American Longshore Mutual
PO Box 934368
Atlanta, GA 31193

Anchor Marine & Ind Supply
PO Box 58645
Houston, Texas 77258

Burton McCumber & Cortez
1950 Paredes Line Rd
Brownsville, Texas 78523

CC Distributors, Inc.
210 McBride Lane
Corpus Christi, Texas 78408

Esco Metals-Scrapdragon
2500 N. Hutto Rd.
Donna, Texas 78537

Esco Metals-Scrapdragon
6955 N. FM 511
Brownsville, Texas 78521

Flat Iron Capital
950 17th St, Suite 1300
Denver, CO 80202

Frenkel & Co, Inc.
350 Hudson St.
New York, NY 10014

Greensfelder, Hemker & Gale, PC
10 S. Broadway, Suite 2000
St. Louis, MO 63102

K2 Castings
One New Hampshire Ave
Portsmouth, NH 03801

Keppel Amfels
20000 State Hwy 48
Brownsville, Texas 78523

McAllister Towing & Transportation
17 Battery Place
New York, NY 10004

Oil Patch Fuel & Supply, Inc
PO Box 1089
Combes, Texas 78535

S&G Contractors
5601 N. Expressway
Brownsville, Texas 78520

South Coast Maritime Corp
FM 802, Suite F
Brownsville, Texas 78526

TX Dept of State Health
1100 W. 49th St
Austin, Texas 78756

Time Ins. Agency, Inc.
1405 E. Riverside Dr.
Austin, Texas 78741

Vulcan Materials
10905 Ostos Rd
Brownsville, Texas 78521

Westar Marine Services
PO Box 78100
San Francisco, CA 94107

## NOTICES OF APPEARANCE

**Counsel for DeLage Landen Financial Services, Inc.**
Bryan Cave, LLP
Jay L. Krystinik /John C. Leininger
Andrew G. Spaniol
2200 Ross Ave, Suite 3300
Dallas, Texas 75201
Jay.krystinik@bryancave.com
John.leininger@bryancave.com

**Counsel for CC Distributors, Inc.**
Michael B. Schmidt
401 Grant Pl
Corpus Christi, Texas 78411
m_schmid@swbell.net

**Counsel for Donna ISD**
John T. Banks
Perdue, Brandon, Fielder, Collins Mott
3301 Northland Dr, Ste 505
Austin, Texas 78731
jbanks@pbfcm.com

**Counsel for Hidalgo County and Cameron County**
Diane W. Sanders
Linebarger Goggan Blair & Sampson
PO Box 17428
Austin, Texas 78760
Austin.bankruptcy@publicans.com

**Counsel for Brownsville Navigation Dist.**
Daniel L. Rentfro, Jr.
The Rentfro Lawfirm, PLLC
PO Box 6355
Brownsville, Texas 78523
bill@rentfrolawfirm.net

**Counsel for Oil Patch Fuel & Supply**
Veronica Valenzuela
V. Valenzuela Law Firm, PLLC
801 E Fern Ave, Ste 109
McAllen, Texas 78501
veronica@myvlaw.com

**Counsel for FlatironCapital**
Robert L. Barrows
Warren Drugan & Barrows PC
800 Broadway
San Antonio, TX 78215
rbarrows@wdblaw.com

**Counsel for Puget Marine, LLC and Capt. M. Thomas Kroon (USN Ret.)**
Patrick Huffstickler
Deborah D. Williamson
Cox Smith Matthews
112 E Pecan St. Suite 1800
San Antonio, TX 78205
dwilliamson@coxsmith.com
phuffstickler@coxsmmith.com

**Counsel for Unifirst Corporation**
Gregory Edward Turley
504 E. Dover Ave., Suite B
McAllen, TX 78504
gturley@get-attorney.com

| | | |
|---|---|---|
| **Counsel for Marcella Molinari Enterprises LLC**<br>Patricia Reed Constant<br>One Shoreline Plaza<br>800 N. Shoreline Blvd. Ste. 320S<br>Corpus Christi, TX 78401<br>prc@prconstantlaw.com | **Counsel for Holt Texas, Ltd.**<br>James S. Wilkins<br>Willis & Wilkins<br>100 W. Houston St., Suite 1275<br>San Antonio, TX 78205<br>jwilkins@stic.net | **Counsel for Harris Machine Tools**<br>Tony L. Draper<br>Walker Wilcox Matousek LLP<br>1001 McKinney, Suite 2000<br>Houston, TX 77002<br>tdraper@wwmlawyers.com |
| **Counsel for Caterpillar Financial Services Corporation**<br>John Mayer<br>Ross, Banks, May, Cron & Cavin, PC<br>2 Riverway, Suite 700<br>Houston, TX 77056<br>jmayer@rossbanks.com | **Counsel for American Equity Underwriters**<br>John J. Higgins<br>Aaron J. Power<br>Porter Hedges, LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>jhiggins@porterhedges.com | **Counsel for Associated Installation Services**<br>Mynde S. Eisen<br>The Law Offices of Mynde Eisen<br>P.O. Box 630749<br>Houston, Texas 77263<br>wyndeeisen@sbcglobal.net |
| **Counsel for Associated Installation Services**<br>Kurt Stephen<br>Cardenas & Stephen, LLP<br>100 South Bicentennial<br>McAllen, TX 78501 | **Andrew A. Levy**<br>9 Benedict Place<br>Greenwich, CT 06830<br>alevy@restonecc.com | **Counsel for Brownsville Navigation District of Cameron County TX**<br>Lisa C. Fancher<br>Fritz Byrne Head & Fitzpatrick<br>98 San Jacinto Blvd. Suite 2000<br>Austin, TX 78701<br>lfancher@fbhh.com |
| **Counsel for Rhyner Construction**<br>Robert J. Banks<br>Law Office of Robert J. Banks<br>218 East Harison Avenue<br>Harlingen, TX 78550-9134<br>rbanks@xanadu2.net | **Counsel for American Equity Underwriters**<br>Eric M. English<br>Porter Hedges LLP<br>1000 Main Street, 36th Fl.<br>Houston, TX 77002<br>eenglish@porterhedges.com | **Counsel for F&M Mafco, Inc.**<br>Jason V. Stitt<br>Keating Muething & Klekamp PLL<br>1 East Fourth St, Suite 1400<br>Cincinnati, OH 45202<br>jstitt@kmklaw.com |

## GOVERNMENT AND REGULATORY AGENCIES

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | **For United States of America**<br>Department of the Navy<br>US Attorney's Office – Civil Div.<br>c/o Daniel Hu<br>1000 Louisiana, Ste 2300<br>Houston, Texas 77002<br>Daniel.hu@usdoj.gov | **For Texas Comptroller of Public Accounts**<br>Assistant Attorney General<br>Jay W. Hurst<br>Bankruptcy & Collections Div MC 008<br>PO Box 12548<br>Austin, Texas 78711<br>Jay.hurst@texasattorneygeneral.gov |

L & B 18052/0002/L0963254.DOCX/

## COURTCALL TELEPHONIC APPEARANCE INSTRUCTIONS

1. Contact CourtCall at (866) 582-6878 no later than the business day prior to the hearing.  Parties outside of the United States should call (310) 743-1849.

2. CourtCall will provide you with written confirmation of a telephonic appearance and provide a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.  CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones.  Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are responsible for their own expenses and will be billed directly by CourtCall.  The initial charge for this court conference appearance is $25.00 and will be supplemented based upon the length of the call as follows: 0-45 minutes - $25.00; 46-60 minutes - $31.50; 61 minutes and above - an additional $6.50 per each additional 15 minute increment.



EXHIBIT A