UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **In re:** § | |
| § | **CHAPTER 11** |
| **ESCO MARINE, INC., et al.**[1] § | |
| § | **CASE NO. 15-20107-RSS** |
| **DEBTORS.** § | |
| § | **(Jointly Administered)** |

**SUPPLEMENTAL NOTICE OF PREVAILING BIDDER**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. Pursuant to the *Order (A)(I) Approving Bidding Procedures In Connection With The Sale Of The Debtors' Assets And, If Applicable, By Public Auction,. (II) Scheduling A Hearing To Consider The Sale Of Assets,. And (III) Approving Form And Manner Of Notice Thereof And (B) Granting Related Relief* [Docket No.260] (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for Southern District of Texas, Corpus Christi Division (the "Court") on June 26 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") established certain procedures and deadlines related to the anticipated sale of substantially all of their assets pursuant to section 363 of the Bankruptcy Code.

2. Pursuant to the Bidding Procedures and the Bidding Procedures Order, the Debtors held an Auction on July 27, 2015.

3. On July 28, 2015, the Debtors filed their Notice of Prevailing Bidder (as defined in the Bidding Procedures), announcing that the prevailing bidder was Callidus Capital Corporation ("**Callidus**"), which entered a credit bid.

---

[1] The Debtors also include ESCO Metals, LLC; ESCO Shredding, LLC; Texas Best Recycling, LLC, and Texas Best Equipment, LLC. The corporate address for all debtors is 16200 Joe Garza Sr, Road, Brownsville, Texas 72521. Joint administration under the above style and case number has been ordered by the United States Bankruptcy Court on March 10, 2015. The use of the term "Debtor" shall refer to all Debtors.

4. Attached hereto as **Exhibit A, is** the form of the APA to be entered to be entered into by Callidus and the Debtors.

5. Attached hereto as **Exhibit B,** is the form of the Sale Order that the Debtors and Callidus will ask to be entered at the Prevailing Bidder Sale Hearing set for July 30, 2015.

Dated: July 29, 2015

          Respectfully submitted,

          LANGLEY & BANACK, INCORPORATED
          745 East Mulberry, Suite 900
          San Antonio, TX  78212-3166
          Telephone:  (210)-736-6600
          Fax: (210) 735-6889

By: */s/ Natalie F. Wilson*
    R. Glen Ayers, Jr.
    State Bar No. 01467500
    David S. Gragg
    State Bar No. 08253300
    Natalie F. Wilson
    State Bar No. 24076779

    ATTORNEYS FOR THE DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of July 2015, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

/s/ *Natalie F. Wilson*
Natalie F. Wilson